ORIGINAL

FILED IN OPEN COURT
U.S.D.C. Atlanta

DEC 0 2 2025

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

By: Kevin P. Weimer, Clerk
Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GERARDO SOLORIO-ALVARADO | Criminal Indictment No.<br>**2:25-CR-0062** |

THE GRAND JURY CHARGES THAT:

**Count One**
*Conspiracy to Possess with Intent to Distribute a Controlled Substance*

Beginning on a date unknown, but at least by on or about November 17, 2025, and continuing through on or about November 20, 2025, in the Northern District of Georgia and elsewhere, the defendant, GERARDO SOLORIO-ALVARADO, did knowingly and willfully combine, conspire, confederate, agree and have a tacit understanding with others known and unknown to the Grand Jury, to violate Title 21, United States Code, Section 841(a)(1), that is to knowingly and intentionally possess with intent to distribute a controlled substance, said conspiracy involving at least 500 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, pursuant to Title 21, United States Code, Section 841(b)(1)(A), all in violation of Title 21, United States Code, Section 846.

## Count Two
*Possession with Intent to Distribute a Controlled Substance*

On or about November 20, 2025, in the Northern District of Georgia, the defendant, GERARDO SOLORIO-ALVARADO, aided and abetted by others known and unknown to the Grand Jury, did knowingly and intentionally possess with the intent to distribute a controlled substance, said act involving at least 500 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, pursuant to Title 21, United States Code, Section 841(b)(1)(A), all in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## Prior Conviction Notice

Before the defendant, GERARDO SOLORIO-ALVARADO, committed the offenses charged in Counts One and Two of this Indictment, GERARDO SOLORIO-ALVARADO was convicted of Possession with Intent to Distribute Methamphetamine, a serious drug felony, on or about April 17, 2003, in the District Court for the Northern District of Georgia, for which he served more than 12 months of imprisonment and for which he was released from a term of imprisonment related to the offense within 15 years of the commencement of the instant offense.

## Forfeiture

Upon conviction of either of the offenses alleged in Count One or Count Two of this Indictment, the defendant, GERARDO SOLORIO-ALVARADO, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any

property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of said violation and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said violation, including but not limited to, a money judgment; that is: a sum of money in United States currency representing the amount of proceeds obtained as a result of each offense, or conspiracy to commit such offense, for which the defendant is convicted.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    a) cannot be located upon the exercise of due diligence;
    b) has been transferred or sold to, or deposited with, a third person;
    c) has been placed beyond the jurisdiction of the Court;
    d) has been substantially diminished in value; or
    e) has been commingled with other property which cannot be subdivided without undue complexity or difficulty;

the United States intends, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek

forfeiture of any other property of the defendant up to the value of the above forfeitable property.

A    True    BILL

/s/ FOREPERSON

THEODORE S. HERTZBERG
*United States Attorney*

/s/
JENNIFER KEEN
  *Assistant United States Attorney*
Georgia Bar No. 231778
600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181

4